## CORPORATE PARTY DISCLOSURE STATEMENT

Toll Brothers, Inc. has no parent corporation, and no publicly held corporation owns 10 percent or more of Toll Brothers, Inc.'s stock.

ORIGINAL
FILED

08 FEB 19  AM 9: 29

RICHARD W. WIEKING
U.S. DISTRICT COURT
NO. DISTRICT OF CA.

ADR

E-FILING

MMC

C08 00987