RECORDING REQUESTED BY
AND MAIL TO

1  CARL McCONNELL – BAR NO. 42976
   E-mail: clm@hogefenton.com
2  JOHN H. ADAMS, JR. – BAR NO. 253341
   E-mail: jha@hogefenton.com
3  HOGE, FENTON, JONES & APPEL, INC.
   Sixty South Market Street, Suite 1400
4  San Jose, California 95113-2396
   Phone: (408) 287-9501
5  Fax: (408) 287-2583

6  TIMOTHY J. HOBAN – BAR NO. 192461
   E-mail: thoban@tollbrothersinc.com
7  Regional Counsel
   Toll Brothers, Inc.
8  725 Town & Country Road, Suite 500
   Orange, CA 92688
9  (714) 347-1300

10 Attorneys for Plaintiff
   TOLL BROTHERS, INC.
11



2008093057    03/14/2008 01:52 PM
OFFICIAL RECORDS OF ALAMEDA COUNTY
PATRICK O'CONNELL
RECORDING FEE:    17.00

4 PGS



12              UNITED STATES DISTRICT COURT
13
14              NORTHERN DISTRICT OF CALIFORNIA

15 | TOLL BROTHERS, INC.                | No. C08 00987 MMC
16 |     Plaintiff,                     | **NOTICE OF PENDENCY OF ACTION**
17 | vs.                                |
18 | CHANG SU-O LIN; HONG LIEN LIN;     |
   | HONG YAO LIN,                      |
19 |                                    |
20 |     Defendants.                    |

21      **NOTICE IS HEREBY GIVEN** that an action has been commenced and is pending in
22 the above-entitled court, upon a complaint of Toll Brothers, Inc. against Chang Su-O Lin,
23 Hong Lien Lin and Hong Yao Lin; that the object of the action is to rescind a purchase and
24 sale agreement and enforce a purchaser's lien against the premises described below, for
25 reimbursement of consideration paid, and amounting to the sum of $7,735,000, together
26 with interest and costs; and that the premises affected by said lien and proceedings are
27 situated in the City of Dublin, County of Alameda, State of California, and described as
28 follows, to wit:

-1-

NOTICE OF PENDENCY OF ACTION
\\HFJAFS\NDrive\79675\Ple\303228.doc

1  SUB-AREA 3:

2  A portion of Parcel 15 as shown on the Master Vesting Tentative Map 7281 and a portion of Lot 4 of Tract 7453 filed November 24, 2003 in Book 273 of
3  Maps at Page 52-56 Alameda County Records Series Number 2003691750.

4  DATED: February 22, 2008

        HOGE, FENTON, JONES & APPEL, INC.

By _____
John H. Adams, Jr.
Attorneys for Plaintiff
TOLL BROTHERS, INC.

## ALL PURPOSE ACKNOWLEDGMENT

State of California           )
County of Santa Clara         )

On February 22, 2008, before me, Sandra L. Quintana, a Notary Public, personally appeared John H. Adams, Jr. who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _Sandra L. Quintana_ (Seal)

Sandra L. Quintana
Commission # 1631981

San Benito County
Expires Dec. 20, 2009

Notice of Pendency of Action re *Toll Brothers, Inc. v. Lin, et al.*
\\HFJAFS\NDrive\79675\Other\305610.doc

| RETURN OF SERVICE ||
|---|---|
| Service of the ~~Summons and Complaint was made by me~~¹ documents listed in Attachment A was made by me | DATE |
| Name of SERVER<br>MARTHA R. LOPEZ | TITLE<br>LEGAL SECRETARY |

*Check one box below to indicate appropriate method of service*

[ ] Served Personally upon the Defendant. Place where served: _____

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

[ ] Returned unexecuted:

[X] Other *(specify)*: C.C.P. 415.40: By mailing (certified mail) copies of the complaint, summons and additional documents listed in Attachment A to an authorized agent, pursuant to paragraph 18.4 of Exhibit A to the complaint, return receipt requested; C.C.P. 416.90: By mailing (certified mail) copies to an authorized agent, pursuant to paragraph 18.4 of Exhibit A to the complaint, return receipt requested.

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   MARCH 14, 2008
               Date

Signature of Server
MARTHA R. LOPEZ

60 SOUTH MARKET STREET, SUITE 1400
SAN JOSE, CA 95113
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.