1  CARL McCONNELL – BAR NO. 42976
   JOHN H. ADAMS, JR. – BAR NO. 253341
2  HOGE, FENTON, JONES & APPEL, INC.
   Sixty South Market Street, Suite 1400
3  San Jose, California 95113-2396
   Phone: (408) 287-9501
4  Fax:  (408) 287-2583
   Email: clm@hogefenton.com
5  Email: jha@hogefenton.com

6  TIMOTHY J. HOBAN – BAR NO. 192461
   Regional Counsel
7  Toll Brothers, Inc.
   725 Town & Country Road, Suite 500
8  Orange, CA 92688
   (714) 347-1300
9

10 Attorneys for Plaintiff
   TOLL BROTHERS, INC.
11

12

13                    UNITED STATES DISTRICT COURT

14
                   NORTHERN DISTRICT OF CALIFORNIA
15

16 | TOLL BROTHERS, INC.                  | No. C08 00987 MMC
17 |         Plaintiff,                   | **[PROPOSED] ORDER GRANTING LEAVE TO FILE AMENDED COMPLAINT**
18 |    vs.                               |
19 | CHANG SU-O LIN; HONG LIEN LIN;       | Date:       June 20, 2008
   | HONG YAO LIN,                        | Time:       9:00 a.m.
20 |                                      | Dept.:      Courtroom 7
   |         Defendants.                  | Judge:      Hon. Maxine M. Chesney
21 |                                      | Trial Date: None
   |                                      | Complaint Filed: February 19, 2008
22

23    The motion of plaintiff Toll Brothers, Inc., for an order allowing amendment of the

24 complaint came on regularly for hearing by the court on June 20, 2008. Plaintiff appeared

25 by counsel, Carl L. McConnell; defendants appeared by counsel, Steven McNichols. On

26 proof made to the satisfaction of the court that the motion ought, in furtherance of justice,

27 to be granted,

28                                            -1-
_____
[PROPOSED] ORDER GRANTING PLAINTIFF TOLL BROTHERS, INC.'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

1     IT IS ORDERED that the motion be, and it hereby is, granted and that plaintiff be
2 allowed to file the amended complaint, a copy of which is attached to the Notice of Motion
3 as Exhibit 1.
4     IT IS FURTHER ORDERED that defendants shall have _____ days from the
5 date of service of the amendment in which to answer the amended complaint.
6 Dated: _____

                                          _____
                                          MAXINE M. CHESNEY
                                          Judge