UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

TOLL BROTHERS, INC.

    Plaintiff,

v.

CHANG SU-O LIN, HONG LIEN LIN; HONG YAO LIN,

    Defendants.
_____/

CASE NO. C08 00987 MMC

STIPULATION AND [PROPOSED] ORDER SELECTING ADR

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

~~The parties agree to participate in the following ADR process~~: The parties previously participated in a full-day pre-complaint mediation with David Meadows, a private ADR provider. They do not believe that further ADR is useful at this time, but they expect and intend to participate in further mediation, if necessary, at some further date.

    ~~Court Processes:~~
        ☐ ~~Non-binding Arbitration (ADR L.R. 4)~~
        ☐ ~~Early Neutral Evaluation (ENE) (ADR L.R. 5)~~
        ☐ ~~Mediation (ADR L.R. 6)~~

~~(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)~~

    ~~Private Process:~~
        ☐ ~~Private ADR (please identify process and provider)~~ _____
~~The parties agree to hold the ADR session by:~~
        ☐ ~~the presumptive deadline (The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)~~
        ☐ ~~other requested deadline~~

The parties agree to waive further ADR at this time and will seek further ADR, at a later time. They respectfully ask the court to reserve jurisdiction to order further ADR, as needed, in the court's discretion.

Dated: May 16, 2008

Dated: May 16, 2008

                        _____
                        Attorney for Plaintiff

                        _____
                        Attorney for Defendant

---

When filing this document in ECF, please be sure to use the appropriate ADR Docket Event, e.g., "Stipulation and Proposed Order Selecting Early Neutral Evaluation."

[PROPOSED] ORDER

The court orders no further ADR at this time because of the parties' pre-trial mediation. The parties shall have the right to seek further ADR, as necessary, and the court shall retain jurisdiction to order further ADR.

~~Pursuant to the Stipulation above, the captioned matter is hereby referred to:~~
- ~~Non-binding Arbitration~~
- ~~Early Neutral Evaluation (ENE)~~
- ~~Mediation~~
- ~~Private ADR~~

~~Deadline for ADR session~~
- ~~90 days from the date of this order.~~
- ~~other _____~~

IT IS SO ORDERED.

Dated: _____

_____
MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE