UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

TOLL BROTHERS, INC.

    Plaintiff,

v.

CHANG SU-O LIN, HONG LIEN LIN; HONG YAO LIN,

    Defendants.

CASE NO. C08 00987 MMC

ADR CERTIFICATION BY PARTIES AND COUNSEL

    Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

    (1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45)*;

    (2) Discussed the available dispute resolution options provided by the Court and private entities; and

    (3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: May 15, 2008

[Party] Timothy Hoban,
Regional Counsel for Toll Brothers, Inc.

Dated: May 16, 2008

[Counsel] Carl McConnell
Attorney for Toll Brothers, Inc.

When filing this document in ECF, please be sure to use the appropriate ADR Docket Event, "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."