79675

1  CARL McCONNELL -- BAR NO. 42976
   JOHN H. ADAMS, JR. – BAR NO. 253341
2  HOGE, FENTON, JONES & APPEL, INC.
   Sixty South Market Street, Suite 1400
3  San Jose, California 95113-2396
   Phone: (408) 287-9501
4  Fax:  (408) 287-2583

5  TIMOTHY J. HOBAN -- BAR NO. 192461
   Regional Counsel
6  Toll Brothers, Inc.
   725 Town & Country Road, Suite 500
7  Orange, CA 92688
   (714) 347-1300
8
   Attorneys for Plaintiff
9  TOLL BROTHERS, INC.

10

11

12              UNITED STATES DISTRICT COURT

13
                NORTHERN DISTRICT OF CALIFORNIA
14

15 | TOLL BROTHERS, INC.           | No. C08 00987 MMC
16 |        Plaintiff,             | STIPULATION FOR AMENDMENT OF
                                     COMPLAINT (FED. R. CIV. P. 15(a));
17 |    vs.                        | ORDER
18 | CHANG SU-O LIN; HONG LIEN LIN;
   | HONG YAO LIN,
19 |        Defendants.
20

21      Toll Brothers, Inc., plaintiff in this action, and Chang Su-O Lin, Hong Lien Lin and

22 Hong Yao Lin, the defendants in this action, stipulate and consent in writing within the

23 meaning of Rule 15(a) of the Federal Rules of Civil Procedure, that the plaintiff may file an

24 amended complaint in this action in the form as shown in Exhibit A, attached to this

25 Stipulation.

26

27

28

STIPULATION FOR AMENDMENT OF COMPLAINT (FED. R. CIV. P. 15(a)); ORDER                    -1-

79675\Ple\322522

79675

| | | |
|---|---|---|
| 1 | DATED: May 15, 2008 | For Plaintiff: |
| 2 | | HOGE, FENTON, JONES & APPEL, INC. |
| 3 | | |
| 4 | | By _____ |
| 5 | | Carl McConnell<br>Attorneys for Plaintiff<br>TOLL BROTHERS, INC. |
| 6 | | |
| 7 | Dated: May 15, 2008 | For Defendants: |
| 8 | | McNICHOLS BEERS LLP |

By _____
Steve McNichols
Attorneys for Defendants
Chang Su-O Lin, Hong Lien Lin and
Hong Yao Lin

### ORDER

The parties having stipulated and good cause appearing, Plaintiff Toll Brothers, Inc., is hereby allowed to file the above-referenced Amended Complaint forthwith. Defendants must serve and file their answer to the Third Cause of Action within twenty days of filing this order. In light of said stipulation, plaintiff's Motion for Leave to File an Amended Complaint is deemed withdrawn.

Dated: May 19, 2008

_____
MAXINE M. CHESNEY
United States District Judge