**CIVIL MINUTES**

**Judge MAXINE M. CHESNEY**

Date: 6/6/08

C-08-0987-**MMC**

Toll Brothers Inc. v Chang Su-O Lin et al

Attorneys: Carl McConnell     Steve McNichols

John Adams Jr.

Deputy Clerk: **TRACY LUCERO**     Reporter: Not Reported

**E-filing**

**PROCEEDINGS:**                **RULING:**

1. _____    _____

2. _____    _____

3. _____    _____

4. _____    _____

( ) Status Conference    ( ) P/T Conference    (✓) Initial Case Management Conference

**ORDERED AFTER HEARING:**

Dispositive motion filing deadline is 2/13/09.
Meet & Confer by 3/30/09. Joint statement due by 2/27/09.

(✓) ORDER TO BE PREPARED BY:  Plntf____ Deft____ Court ✓

(✓) Referred to Magistrate For: Settlement Conference before Mag. Chen
(✓) By Court
(✓) CASE CONTINUED TO 3/6/09 @ 10:30 for Further Status Conference

Discovery Cut-Off 12/5/08         Expert Discovery Cut-Off 1/30/09
π/Δ                               π/Δ Rebuttal
Plntf to Name Experts by 12/26/08  Deft to Name Experts by 1/9/09

P/T Conference Date 5/5/09 @ 3:00  Trial Date 5/18/09 @ 9:00  Set for 6-8 days
                     Type of Trial: (✓)Jury  ( )Court
Notes: _____

cc: Wings, Betty (20 min)