Carl McConnell, Esq.
Hoge, Fenton, Jones & Appel, Inc.
60 South Market Street, Suite 1400
San Jose, CA 95113-2396
(408)-287-9501
clm@hogefenton.com

# UNITED STATES DISTRICT COURT
NORTHERN ~~CENTRAL~~ DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOLL BROTHERS, INC.<br><br>Plaintiff(s)<br><br>v.<br><br>CHANG SU-O LIN, HONG LIEN LIN AND HONG YAO LIN,<br><br>Defendant(s) | CASE NUMBER<br><br>C08 00987 MMC<br><br>SUBSTITUTION OF ATTORNEY |

TOLL BROTHERS, INC. _____ ☒ Plaintiff ☐ Defendant ☐ Other _____
*Name of Party*

hereby substitutes  Kasowitz, Benson, Torres & Friedman LLP      90822    who is
                                                           *State Bar Number*

☒ Retained Counsel ☐ Court Appointed Counsel ☐ Pro Per   101 California Street, Suite 2050
                                                         *Street Address*

San Francisco, CA  94111      (415) 421-6140    (415) 398-5030    as attorney
*City State Zip Code*          *Telephone Number*   *Facsimile Number*

of record in the place and stead of  Hoge Fenton, Jones & Appel, Inc.
                                     *Present Attorney*

Dated: June 12, 2008                    _____
                                         *Signature of Party*
                                         Timothy J. Hoban, Esq.

I have given proper notice pursuant to Local Rule 83-2.9.2 and further consent to the above substitution.

                                         Hoge, Fenton, Jones & Appel, Inc.
Dated: June 13, 2008                    _____
                                         *Signature of Present Attorney*
                                         By: Carl McConnell

I am duly admitted to practice in this District pursuant to Local Rule 83-2.8.
                                         Kasowitz, Benson, Torres & Friedman
Dated: June 12, 2008                    _____
                                         By: Donald S. Pocterman

Substitution of Attorney is hereby ☐ Approved. ☐ Denied.

Dated: _____                _____
                                         United States District Judge

NOTICE TO COUNSEL:  *If you are currently enrolled in the Optical Scanning Program and have changed your facsimile number or e-mail address since your enrollment, you must complete an Enrollment Update Form G-76 to ensure that documents are served at the proper facsimile number or e-mail address. This form, as well as information about the Optical Scanning Program is available on the Court's website at www.cacd.uscourts.gov.*

SUBSTITUTION OF ATTORNEY

G-01 (10-01)

**SERVICE LIST**

Timothy J. Hoban, Esq. (Electronic)
Toll Brothers, Inc.
725 Town & Country Road, Suite 500
Orange, CA 92868
Tel: (714) 347-1300
Fax: (714) 541-5197


Steve McNichols (Electronic)
McNichols Beers LLP
6600 Koll Center Parkway, Suite 250
Pleasanton, CA 94566
Tel: (925) 600-1800
Fax (925) 600-1802

Carl McConnell (Electronic)
Hoge, Fenton, Jones & Appel, Inc.
60 S. Market Street, Suite 1400
San Jose, CA 95113
Tel: (408)287-9501
Fax: (408)287-2583

Donald J. Putterman (Mail)
Kasowitz, Benson, Torres & Friedman LLP
101 California Street, Suite 2050
San Francisco, CA 94111
Tel: (415)421-6140
Fax: (415)398-5030