Carl McConnell, Esq.
Hoge, Fenton, Jones & Appel, Inc.
60 South Market Street, Suite 1400
San Jose, CA 95113-2396
(408)-287-9501
clm@hogefenton.com

# UNITED STATES DISTRICT COURT
NORTHERN ~~CENTRAL~~ DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOLL BROTHERS, INC.<br><br>Plaintiff(s)<br><br>v.<br><br>CHANG SU-O LIN, HONG LIEN LIN AND HONG YAO LIN,<br><br>Defendant(s) | CASE NUMBER<br><br>C08 00987 MMC<br><br>SUBSTITUTION OF ATTORNEY |

TOLL BROTHERS, INC.   [X] Plaintiff [ ] Defendant [ ] Other _____
*Name of Party*

hereby substitutes  Kasowitz, Benson, Torres & Friedman LLP     90822     who is
                                                          *State Bar Number*

[X] Retained Counsel [ ] Court Appointed Counsel [ ] Pro Per   101 California Street, Suite 2050
                                                                *Street Address*

San Francisco, CA 94111        (415) 421-6140       (415) 398-5030     as attorney
*City State Zip Code*          *Telephone Number*   *Facsimile Number*

of record in the place and stead of  Hoge Fenton, Jones & Appel, Inc.
                                     *Present Attorney*

Dated: June 12, 2008

Timothy J. Hoban, Esq.
*Signature of Party*

I have given proper notice pursuant to Local Rule 83-2.9.2 and further consent to the above substitution.

Hoge, Fenton, Jones & Appel, Inc.

Dated: June 13, 2008

By: Carl McConnell
*Signature of Present Attorney*

I am duly admitted to practice in this District pursuant to Local Rule 83-2.8.

Kasowitz, Benson, Torres & Friedman

Dated: June 12, 2008

By: Donald S. Pocterman

Substitution of Attorney is hereby  [X] Approved.  [ ] ~~Denied.~~

Dated: June 19, 2008

*United States District Judge*

NOTICE TO COUNSEL:   If you are currently enrolled in the Optical Scanning Program and have changed your facsimile number or e-mail address since your enrollment, you must complete an Enrollment Update Form G-76 to ensure that documents are served at the proper facsimile number or e-mail address. This form, as well as information about the Optical Scanning Program is available on the Court's website at www.cacd.uscourts.gov.

SUBSTITUTION OF ATTORNEY