KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
Donald J. Putterman (SBN 90822)
E-Mail: dputterman@kasowitz.com
Christopher J. McNamara (SBN 209205)
E-Mail: cmcnamara@kasowitz.com
101 California Street, Suite 2050
San Francisco, CA  94111
Telephone: (415) 421-6140
Facsimile: (415) 398-5030

Attorneys for Plaintiff
TOLL BROTHERS, INC.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**(SAN FRANCISCO DIVISION)**

| | |
|---|---|
| TOLL BROTHERS, INC.,<br><br>           Plaintiff,<br><br>     vs.<br><br>CHANG SU-O LIN, HONG LIEN LIN AND HONG YAO LIN,<br><br>           Defendants. | Case No. 08-cv-0987 SC<br><br>**SUPPLEMENT TO JOINT CASE MANAGEMENT STATEMENT FILED ON MAY 30, 2008**<br><br>Date:  July 25, 2008<br>Time:  10:00 a.m.<br>Courtroom:  1<br>Judge:  Hon. Samuel Conti |

The parties submit this supplement to the Joint Case Management Conference Statement, which was previously filed on May 30, 2008, to advise the Court of the following

Kasowitz, Benson, Torres & Friedman LLP recently substituted in as counsel for Plaintiff Toll Brothers, Inc.  Since that time, the parties have discussed the possibility of assigning this case to a magistrate-judge for all purposes.  If this Court and the selected magistrate-judge consent, the parties agree that this case may be assigned to Magistrate-Judge Spero, Magistrate-Judge Zimmerman or Chief Magistrate-Judge Larson pursuant to General Order No. 44, section E.4, which allows a case to be reassigned on the consent of the transferring judge and the accepting judge.  The parties will be prepared to discuss this option, as well as such other matters of interest to the Court, at the Case Management Conference on July 25, 2008.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DATED:  July 21, 2008            KASOWITZ BENSON TORRES & FRIEDMAN LLP

                                 By:    /s/ Christopher J. McNamara
                                        Christopher J. McNamara
                                        Attorneys for Plaintiff
                                        Toll Brothers, Inc.

DATED:  July 21, 2008            McNICHOLS BEERS LLP

                                 By:    /s/ Steve McNichols
                                        Steve McNichols
                                        Attorneys for Defendants
                                        Chang Su-O Lin, Hong Lien Lin
                                        and Hong Yao Lin