# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

Date:        **July 25, 2008**        [10:09am - 10:10am]

Case No.   **C-08-0987  SC**                              Judge:  **SAMUEL CONTI**

Title**:**    **TOLL BROTHERS, INC.  -v- CHANG SU-O LIN, et al.**

Attorneys:     **Christopher McNamara            Everitt Beers**
                        **Donald Putterman**

Deputy Clerk:   **Monica Narcisse for Teresa De Martini**
Court Reporter:     **Katherine Sullivan**

## PROCEEDINGS

1)   **Trial Setting Conference**

2)   

Discovery Cutoff:    **1/09/2009**

Motions hearing:    **1/23/2009 at 10:00 a.m**.


Continued to ＿ for Further Case Management Conference

Continued to  **2/20/2009 at 10:00 a.m.** for Pretrial Conference

Continued to  **3/09/2009 at 10:00 a.m.** for Jury Trial

**ORDERED AFTER HEARING:**




cc:     **CRD for SC**