Steve McNichols, SBN 43556
Everitt Beers, SBN 92505
David Austin, SBN 215371
MCNICHOLS BEERS LLP
6600 Koll Center Parkway, Suite 250
Pleasanton, California 94566
Telephone (925) 600-1800
Facsimile  (925) 600-1802

Attorneys for Defendants
CHANG SU-O LIN, HONG LIEN LIN
AND HONG YAO LIN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOLL BROTHERS, INC., | No. C08 00987 SC |
| Plaintiff, | |
| vs. | STIPULATION AND [PROPOSED] ORDER VACATING SETTLEMENT CONFERENCE HEARING DATE |
| CHANG SU-O LIN, HONG LIEN LIN AND HONG YAO LIN, | |
| Defendants. | |
| AND RELATED CROSS-ACTION. | |

The Parties in the above-reference case hereby stipulate that the Settlement Conference hearing before the Honorable Edward M. Chen on October 7, 2008 at 9:30 a.m. be vacated.

1 | September 17, 2008 | McNICHOLS BEERS LLP

By: /s/ Steve McNichols

Attorneys for Defendants/Counter-Claimants Chang Su-o Lin, Hong Lien Lin, and Hong Yao Lin

8 | September 22, 2008 | KASOWITZ, BENSON, TORRES & FRIEDMAN, LLP

By: /s/ Donald Putterman

Attorneys for Plaintiffs/Counter-Defendant Toll Brothers, Inc.

SO ORDERED.

Date: September 23, 2008

Hon. [signature]

**IT IS SO ORDERED**
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA