**Steve McNichols, SBN 43556**
**Everitt G. Beers, SBN 92505**
**David Austin, SBN 215371**
**Randy Sullivan, SBN 229326**
**MCNICHOLS BEERS LLP**
6600 Koll Center Parkway, Suite 250
Pleasanton, California 94566
Telephone (925) 600-1800
Facsimile (925) 600-1802

Attorneys for Defendants and Counter-Claimants
CHANG SU-O LIN, HONG LIEN LIN
AND HONG YAO LIN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| TOLL BROTHERS, INC., | No. C08 00987 SC |
|---|---|
| Plaintiff, | **ASSIGNED FOR ALL PURPOSES TO: HON. SAMUEL CONTI COURTROOM 1** |
| vs. | |
| CHANG SU-O LIN, HONG LIEN LIN AND HONG YAO LIN, | **STIPULATION TO MODIFY THE JULY 25, 2008 STATUS CONFERENCE ORDER TO MODIFY THE DEADLINE FOR EXCHANGE OF EXPERT REPORTS** |
| Defendants. | |
| RELATED –CROSS CLAIMS | Action Filed: 2-19-08 |

This Stipulation is made and entered into by and between Toll Brothers, Inc., ("Toll") and Chang Su-O Lin, Hong Lien Lin, and Hong Yao Lin (collectively hereinafter referred to as the Lins) through their respective counsel, and is made in reference to the following facts:

1.      On December 15, 2008, the parties exchanged their initial disclosures of expert witnesses.

2.      Expert reports for those expert witnesses are currently set to be exchanged on December 23, 2008.

3.      The parties desire to change the date for exchange of expert reports to December 30, 2008, seven days later than the present date.

4.      Rebuttal expert witnesses and their reports are currently set to be exchanged on January 9, 2009.

5.      The parties desire to change the date for the exchange of rebuttal expert witnesses and their reports to January 16, 2009.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties through their counsel of record hereto, that:

1.      The expert witness reports required by Federal Rule of Civil Procedure Rule 26(2)(B) will be exchanged on December 30, 2008;

2.      Rebuttal expert witnesses and their reports will be exchanged on January 16, 2009; and

3.      The parties respectfully request that this Court approve their stipulation to modify the deadline for exchange of expert reports and the deadline for exchange of rebuttal witnesses and their reports and modify its status order accordingly.

December 17, 2008

McNICHOLS BEERS LLP

By: _____
David Austin

Attorneys for Defendants/Counter-Claimants
Chang Su-o Lin, Hong Lien Lin,
and Hong Yao Lin

1 | December 17, 2008
2 |
3 |
4 |
5 |

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

By: /s/ Margaret A. Ziemianek

Attorneys for Toll Brothers, Inc.

## ORDER

Good cause appearing and based upon the foregoing Stipulation;

IT IS ORDERED that the Court's July 25, 2008 Status Conference Order be modified as follows:

1. The disclosure of expert witness reports required by Federal Rule of Civil Procedure Rule 26(a)(2)(B) will be exchanged on December 30, 2008;

2. The rebuttal witnesses and their reports required by Federal Rule of Civil Procedure Rule 26(a)(2)(C) will be exchanged on January 16, 2009; and

3. The remainder of the July 25, 2008 Status Conference Order, as modified by this Order and prior Orders, shall remain in effect.

Dated: December 19, 2008



_____
Honorable _____
United S_____ _____dge

IT IS SO ORDERED
Judge Samuel Conti