Steve McNichols, SBN 43556
Everitt G. Beers, SBN 92505
David Austin, SBN 215371
Randy Sullivan, SBN 229326
McNICHOLS BEERS LLP
6600 Koll Center Parkway, Suite 250
Pleasanton, California 94566
Telephone (925) 600-1800
Facsimile (925) 600-1802

Attorneys for Defendants and Counter-Claimants
CHANG SU-O LIN, HONG LIEN LIN
AND HONG YAO LIN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOLL BROTHERS, INC., <br><br>           Plaintiff, <br><br>vs. <br><br>CHANG SU-O LIN, HONG LIEN LIN AND HONG YAO LIN, <br><br>           Defendants. <br><br>RELATED –CROSS CLAIMS | No. C08 00987 SC <br><br> **ASSIGNED FOR ALL PURPOSES TO:  HON. SAMUEL CONTI COURTROOM 1** <br><br> **[AMENDED] STIPULATION TO MODIFY THE DEADLINE FOR TAKING OF DEPOSITIONS TO FEBRUARY 3, 2009** <br><br> Action Filed: 2-19-08 |

This Stipulation is made and entered into by and between Toll Brothers, Inc., ("Toll") and Chang Su-O Lin, Hong Lien Lin, and Hong Yao Lin (collectively hereinafter referred to as the Lins) through their respective counsel, and is made in reference to the following facts:

1.     The Court's current orders establish January 23, 2009 as the discovery cut-off date.

2.     The parties have taken the depositions of a number of percipient

witnesses, including Jon Paynter, Bill Morrison, Warren Inouye, Jim Boyd, Rod Andrade, Marty Inderbitzen, and Larry Fisher. In addition, the parties will have completed the depositions of Jim Tong, Werner Theissen, and Christopher Muenzen before January 23, 2009.

3. The parties have also reached a stipulation concerning the persons most knowledgeable for Toll in order to reduce the number of depositions required in this case.

4. Due to the scheduling of the above depositions, the parties have scheduled the depositions of seven (7) expert witnesses throughout the week of January 26-January 30, 2009 and February 3, 2009. The parties have also set Frank Su's and Hong Lin's deposition for this week. Hong Lin's deposition was set for January 29, 2009, in part, due to his having to travel from Taiwan.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties through their counsel of record hereto, that:

1. The discovery cut-off date for the taking of depositions will be extended to February 3, 2009.

2. The parties respectfully request that this Court approve their stipulation to modify the discovery cut-off deadline for depositions, and modify its status order accordingly.

January 28, 2009                         McNICHOLS BEERS LLP

                                         By: _____
                                             Everitt Beers

                                         Attorneys for Defendants/Counter-Claimants
                                         Chang Su-o Lin, Hong Lien Lin,
                                         and Hong Yao Lin

1  January 28, 2009                    KASOWITZ, BENSON, TORRES &
2                                       FRIEDMAN LLP
3
4                                       By: *[signature]*
                                           Margaret A. Ziemianek
5                                       Attorneys for Toll Brothers, Inc.

## ORDER

Good cause appearing and based upon the foregoing Stipulation;

IT IS ORDERED that the Court's July 25, 2008 Status Conference Order be modified as follows:

1. The discovery cut-off date for the taking of depositions will be extended to February 3, 2009.

2. The remainder of the July 25, 2008 Status Conference Order, as modified by this Order and prior Orders, shall remain in effect.

Dated: 2/2/09



_____
Honorable Samuel Conti
United States District Judge