KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
Donald J. Putterman (SBN 90822)
E-Mail:  dputterman@kasowitz.com
Christopher J. McNamara (SBN 209205)
E-Mail:  cmcnamara@kasowitz.com
Margaret A. Ziemianek (SBN 233418)
E-Mail: mziemianek@kasowitz.com
101 California Street, Suite 2050
San Francisco, California 94111
Telephone:  (415) 421-6140
Facsimile:  (415) 398-5030

TIMOTHY J. HOBAN (SBN 192461)
Regional Counsel
Toll Brothers, Inc.
725 Town & Country Road, Suite 500
Orange, California  92688
Telephone:  (714) 347-1300

Attorneys for Plaintiff and Counter-Defendant
TOLL BROTHERS, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOLL BROTHERS, INC.,<br><br>                  Plaintiff,<br><br>    vs.<br><br>CHANG SU-O LIN; HONG LIEN LIN;<br>HONG YAO LIN,<br><br>                  Defendants.<br>_____<br>AND RELATED CROSS-ACTION.<br>_____ | Case No. 08-cv-00987 SC<br><br>**STIPULATION TO WITHDRAW DEFENDANTS' JURY DEMAND** |

      Pursuant to Federal Rules of Civil Procedure Rules 38(d) and 39(a)(1), the Parties, Plaintiff Toll Brothers, Inc. ("Toll") and Defendants Chang Su-O Lin, Hong Lien Lin, and Hong Yao Lin (the "Lins") stipulate to the withdrawal of the Lins' Demand for a Jury Trial and to the trial of all issues by the Court.

## STIPULATION

WHEREAS the Lins filed a Demand for a Jury Trial;

WHEREAS the Lins seek to withdraw their Demand for a Jury Trial; and

WHEREAS Toll consents to the Lins' withdrawal of their Demand for a Jury Trial;

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto and their respective undersigned attorneys, as follows:

The Lins' Demand for a Jury Trial is withdrawn and all issues are to be tried by the Court.

IT IS SO STIPULATED.

DATED:  February 4, 2009           KASOWITZ BENSON TORRES & FRIEDMAN LLP


                                   By:     /s/ Christopher J. McNamara
                                           Christopher J. McNamara
                                           Attorneys for Plaintiff
                                           TOLL BROTHERS, INC.

DATED:  February 4, 2009           MCNICHOLS BEERS LLP


                                   By:     /s/ Everitt Beers
                                           Everitt Beers
                                           Attorneys for Defendants


### [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.


DATED:  February  __5__, 2009


                                   By: _____
                                       Hon. S        IT IS SO ORDERED
                                                      Judge Samuel Conti

8020476