United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOLL BROTHERS, INC., | Case No. 08-987 SC |
| Plaintiff, | ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE OR LIMIT EXPERT TESTIMONY OF <u>CHARLES HANSEN</u> |
| v. | |
| CHANG SU-O LIN; HONG LIEN LIN; HONG YAO LIN, | |
| Defendants. | |
| AND RELATED CROSS-ACTION. | |

On February 27, 2009, Defendants filed a supplemental brief regarding Defendants' designated expert Mr. Charles Hansen and in opposition to Plaintiff's motion in limine No. 5. Docket No. 143. Plaintiff filed an objection to the supplemental brief. Docket No. 144.

The Court will allow Mr. Hansen to offer opinions on escrow company custom and practice surrounding the handling of closings and joint escrow instructions. Mr. Hansen's testimony will be limited to this topic, and any testimony that the Court determines to be a legal opinion will be excluded. Plaintiff's motion in

limine to exclude or limit the expert testimony of Mr. Hansen is therefore GRANTED IN PART and DENIED IN PART.

IT IS SO ORDERED.

Dated: March 2, 2009

                                              UNITED STATES DISTRICT JUDGE