# KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

A NEW YORK LIMITED LIABILITY PARTNERSHIP

101 CALIFORNIA STREET

SUITE 2050

SAN FRANCISCO, CALIFORNIA 94111

415-421-6140

FACSIMILE: 415-398-5030

ATLANTA
HOUSTON
NEWARK
NEW YORK

March 5, 2009

**VIA MESSENGER**

Ms. Theresa De Martini
Courtroom Clerk to the Hon. Samuel Conti
U.S. District Court
450 Golden Gate Avenue
San Francisco, CA  94102

Re:   *Toll Brothers, Inc., v. Lin, et al.,* Case No. 08-cv-0987 SC

Dear Ms. De Martini:

This is to notify you that the parties' attorneys will be bringing lap top computers into the courtroom on Friday, March 13, 2009, and will bring lap top computers with them on a daily basis until the end of the trial.

For Plaintiff Toll Brothers, Inc., the attorneys are Donald J. Putterman, Christopher J. McNamara, Margaret A. Ziemianek of Kasowitz, Benson, Torres & Friedman LLP, and Timothy J. Hoban, Toll's Regional Counsel. For Defendants, the attorneys are Steve McNichols, Everitt Beers, Randy Sullivan, and David Austin of McNichols Beers LLP.

Please let me know if you have any questions or need any additional information.

Very truly yours,

Christopher J. McNamara

cc (by email):
  Steve McNichols, Esq.
  Everitt Beers, Esq.
  Randy Sullivan, Esq.
  David Austin, Esq.



IT IS SO ORDERED

U.S. DISTRICT JUDGE