# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOLL BROTHERS, INC.,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>CHANG SU-O LIN, HONG LIEN LIN AND HONG YAO LIN,<br><br>　　　　　　　　Defendants.<br>─────────────────────────<br>AND RELATED CROSS-ACTION. | No. C08 00987 SC<br><br>ASSIGNED FOR ALL PURPOSES TO: HONORABLE SAMUEL CONTI COURTROOM 1<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS THEIR FOURTH, FIFTH AND SIXTH COUNTERCLAIMS WITHOUT PREJUDICE [FED. R. CIV. PRO. RULE 41]<br><br>Date:　March 23, 2009<br>Time:　9:30 a.m.<br>Ctrm:　1<br>Judge:　Honorable Samuel Conti<br><br>Action Filed: 2-19-08 |

　　　The Defendants' Motion to Dismiss Certain Counterclaims came on regularly for hearing before this Court on March 23, 2009 at 9:30 a.m., in Courtroom 1. The parties were presented by counsel at the hearing.

　　　Having considered the arguments of counsel, and good cause appearing, Defendants' motion to dismiss without prejudice their fourth cause of action for breach of section 18.7 of the

1 Agreement, fifth cause of action for intentional misrepresentation, and sixth cause of action for

2 negligent misrepresentation is GRANTED.  The Lins further retain their affirmative defenses

3 and right to assert an indemnity claim when and if such claim ripens.  *See Preferred Risk Mut.*

4 *Ins. Co. v. Reiswig* 21 Cal.4th 208, 213 (1999); *Fireman's Fund Ins. Co. v. Sparks Const., Inc.*

5 114 Cal.App.4th 1135, 1151 (2004).

7     IT IS SO ORDERED.

10 Date: __3/23/09__      _____

11                                               Honorable Samuel Conti
                                              Judge for the United States District Court