1  **Steve McNichols, SBN 43556**
   **Everitt G. Beers, SBN 92505**
2  **Randy Sullivan, SBN 229326**
   **MCNICHOLS BEERS LLP**
3  6600 Koll Center Parkway, Suite 250
   Pleasanton, California  94566
4  Telephone  (925) 600-1800
   Facsimile  (925) 600-1802
5
   Attorneys for Defendants and Counter-Claimants
6  CHANG SU-O LIN, HONG LIEN LIN
   AND HONG YAO LIN
7

8

9

10

11                    **UNITED STATES DISTRICT COURT**

12                 **NORTHERN DISTRICT OF CALIFORNIA**

13

14  TOLL BROTHERS, INC.,                    **No. C08 00987 MMC**

15              Plaintiff,                   **ASSIGNED FOR ALL PURPOSES TO:**
                                             **HON. SAMUEL CONTI**
16  vs.                                      **COURTROOM 1**

17  CHANG SU-O LIN, HONG LIEN LIN
    AND HONG YAO LIN,                        **STIPULATION TO ADMIT CERTAIN**
18                                           **EXHIBITS**
              Defendants.
19
                                             **Date:    March 26, 2009**
20                                           **Time:    9:30 a.m.**
                                             **Ctrm:    1**
21  _____            **Judge:  Honorable Samuel Conti**
    RELATED – CROSS CLAIMS
22                                           **Action Filed: 2-19-08**

23

24       This Stipulation is made and entered into by and between Toll Brothers, Inc., ("Toll")

25  and Chang Su-O Lin, Hong Line Lin, and Hong Yao Lin (collectively hereinafter referred to as

26  the Lins) through their respective counsel, and is made to facilitate the admission and

27  presentation of certain exhibits in this trial.

28                                                                                          1

MCNICHOLS BEERS LLP    STIPULATION
PLEASANTON, CALIFORNIA   Case No. C08 00987 MMC

1    THE PARTIES HEREBY STIPULATE to the admissibility of the following exhibits:

2    1. Toll's exhibits: 74, 75, and 78; and,

3    2. The Lins' exhibits: 507; 508; 541; 540; 544; 571; 586; 617; 618; 619; 623; 624; 626;

4        635; 641; 642; 661; and 646 (except for the page of handwritten notes attached

5        originally as part of exhibit 646).

6

7
     March 27, 2009                                McNICHOLS BEERS LLP
8

9
                                                   By: _____
10                                                       Randy Sullivan

11                                                 Attorneys for Defendants/Counter-Claimants
                                                   Chang Su-o Lin, Hong Lien Lin,
12                                                 and Hong Yao Lin

13

14
     March 27, 2009                                KASOWITZ, BENSON, TORRES & FRIEDMAN
15                                                 LLP

16

17                                                 By: _____
                                                       Christopher J. McNamara
18
                                                   Attorneys for Toll Brothers, Inc.
19

20

21

22

23

24

25

26

27

28                                                                                            2

MCNICHOLS BEERS LLP    | STIPULATION
PLEASANTON, CALIFORNIA | Case No. C08 00987 MMC

1

**ORDER**

2

Good cause appearing and based upon the foregoing Stipulation;

3

IT IS ORDERED that the following exhibits are admitted:

4

5       1. Toll's exhibits: 74, 75, and 78; and,

6       2. The Lins' exhibits: 507; 508; 541; 540; 544; 571; 586; 617; 618; 619; 623; 624; 626;

7          635; 641; 642; 661; and 646 (except for the page of handwritten notes attached

8          originally as part of exhibit 646).

9

10    Dated: 3/27/09.

11

12                                        Honorable Samuel Conti
                                          United States District Judge
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                                                              3

STIPULATION
Case No. C08 00987 MMC