UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOLL BROTHERS, INC., | Case No. 08-987 SC |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION TO AMEND FINDINGS OF FACT AND CONCLUSIONS OF LAW AND ALTER <u>JUDGMENT</u> |
| v. | |
| CHANG SU-O LIN; HONG LIEN LIN; HONG YAO LIN, | |
| Defendants. | |
| AND RELATED COUNTER-CLAIMS. | |

On July 6, 2009, Plaintiff Toll Brothers, Inc. ("Plaintiff" or "Toll") filed a Motion to Amend Findings of Fact and Conclusions of Law and Alter Judgment. Docket No. 227 ("Motion"). Defendants Chang Su-O Lin, Hong Lien Lin, and Hong Yao Lin (the "Lins") filed an Opposition and Plaintiff submitted a Reply. Docket Nos. 229, 230.

Having considered the parties' submissions, the Court finds no error in its conclusion that the Lins did not breach the Purchase and Sale Agreement ("PSA") by granting a temporary easement to PG&E. Having considered all the evidence and arguments presented at trial, the Court concluded that the Lins' grant of a temporary easement to PG&E was too minor an issue to justify Toll's termination of a contract of this size and scope. As occurred on prior occasions, this minor issue could easily have

been resolved if Toll had lived up to its contractual obligation to cooperate with the Lins, especially since Toll had stopped planning the development of Sub-Area 3 in late 2006. Also, since the Lins had the right to extend the close of escrow beyond June 30, 2007, the Lins did not breach the PSA by granting PG&E a temporary easement that had not been extinguished by that date.

The purpose of Rule 52(b) is to allow a court to correct manifest errors of law or fact, or in limited circumstances, to present newly discovered evidence, but not to relitigate old issues, to advance new theories, or to secure a rehearing on the merits. <u>Gutierrez v. Ashcroft</u>, 289 F. Supp. 2d 555, 561 (D.N.J. 2003). The arguments raised in Toll's Motion seek to either relitigate old issues, advance new theories, or secure a rehearing on the merits. The Court DENIES Toll's Motion.

IT IS SO ORDERED.

Dated: August 20, 2009

_____
UNITED STATES DISTRICT JUDGE

2