IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TOLL BROTHERS, INC., | ) | Case No. 08-987 SC |
| | ) | |
| Plaintiffs, | ) | ORDER |
| v. | ) | |
| | ) | |
| CHANG SU-O LIN; HONG LIEN LIN; and HONG YAO LIN, | ) ) | |
| | ) | |
| Defendants. | ) | |

On August 31, 2011, the Court of Appeals for the Ninth Circuit remanded this case to the Court to make factual findings as to (1) whether the Lins acted in good faith when attempting to have PG&E quitclaim the easement it had been granted; and (2) whether the delay in obtaining the quitclaim was reasonable. ECF No. 252 ("Aug. 31, 2011 Order") at 7. Within thirty days of this Order, the parties may, if they so choose, submit briefing on the above issues in accordance with Civil Local Rule 7-4.

Additionally, a hearing on the parties' motions for attorneys' fees is hereby set for February 10, 2012 at 10:00 a.m. in Courtroom 1, on the 17th floor, U.S. Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

IT IS SO ORDERED.

Dated: December 16, 2011

UNITED STATES DISTRICT JUDGE